UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Aylin Alderette,<br><br>                    Plaintiff<br><br>        v.<br><br>Medical Staff, et al.,<br><br>                    Defendants. | Case No.  2:24-cv-02119-GMN-EJY<br><br>**ORDER** |

Plaintiff, proceeding *pro se*, submitted a Civil Rights Complaint under 42 U.S.C. § 1983. ECF No. 1.  Three weeks later, on December 4, 2024, Plaintiff filed an incomplete application to proceed *in forma pauperis* ("IFP").  ECF No. 3.  Plaintiff's IFP application fails to include her inmate financial certificate and trust fund account statement for the previous six-month period.  *Id.*  In order to proceed without prepaying the filing fee Plaintiff must apply for *in forma pauperis* status under 28 U.S.C. § 1915(a) and Local Rule LSR 1-2.  To do so, Plaintiff must submit **three** required documents to the Court.  These include: (1) a completed **Application to Proceed *in forma pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate. 's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Based on the foregoing, IT IS HEREBY ORDERED that on or before **January 17, 2025**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form, (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official, and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the application to proceed *in forma pauperis* for inmates together with the information and instructions for filing the same.

IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 1) but will not file it at this time.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **January 17, 2025**, will result in a recommendation to dismiss this action **without prejudice**.

Dated this 9th day of December, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE